UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**CHRISTINA CAHILL,**

*Plaintiff,*

*-vs.-*

**RENSSELAER HONDA,**

*Defendant.*

**STIPULATION OF DISMISSAL**

Case No. 1:25-cv-01195

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action, be and the same hereby is dismissed by Plaintiff, **CHRISTINA CAHILL**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice and on the merits, and without costs to either party as against the other. This Stipulation may be filed with the Clerk without further notice.

DATED: September 4, 2026

**PHILLIPS & ASSOCIATES ATTORNEY AT LAW PLLC**

*/s/ Dorina Cela*

Dorina Cela, Esq
*Attorneys for Plaintiff*
45 Broadway, Floor 28
New York, New York 10006
Email: dcela@tpglaws.com

DATED: September 25, 2026

**BARCLAY DAMON LLP**

*/s/ Brienna L. Braman*

Brienna L. Braman, Esq. (519960)
*Attorneys for Defendant*
80 State Street
Albany, New York 12207
Email: BBraman@barclaydamon.com

IT IS SO ORDERED:

Anthony J. Brindisi
U.S. District Judge

Dated: 9/25/2026
Utica, NY

50944483.1